```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  CHERYL ROSSITER,                )    NO. ED CV 08-995-E
                                    )
12              Plaintiff,          )
                                    )
13       v.                         )    JUDGMENT
                                    )
14  MICHAEL J. ASTRUE, COMMISSIONER )
    OF SOCIAL SECURITY ADMINISTRATION, )
15                                  )
                Defendant.          )
16                                  )
    _____)
17
18
19       IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment
20  is granted and judgment is entered in favor of Defendant.
21
22          DATED:  April 3, 2009.
23
24                           _____/S/_____
                                      CHARLES F. EICK
25                            UNITED STATES MAGISTRATE JUDGE
26
27
28
```